**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 04 B 38363** |
| **Delores Kersey Parks,** | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
JENNER & BLOCK, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND
PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$18,546.00** | TOTAL COSTS REQUESTED: | **$2,446.05** |
| TOTAL FEES REDUCED: | **$ 461.60** | TOTAL COSTS REDUCED: | **$ 28.00** |
| TOTAL FEES ALLOWED: | **$18,084.40** | TOTAL COSTS ALLOWED: | **$2,418.05** |

**TOTAL FEES AND COSTS ALLOWED: $20,502.45**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN
DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT
SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE
NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)** **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D.
Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by
"lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the
corresponding specific time allotment.").

**(2)** **Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the
performance of routine clerical or administrative activities in the normal course of the professional's business, such
as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and
are built into the professional's hourly billing rates. *In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996)
(Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the
professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or
compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(3)** **Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead
are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D.
Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses
incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent
Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr.
N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking
and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D.
Ill. 1989).

Dated: November 1, 2005

Eugene R. Wedoff
United States Bankruptcy Court

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

DELORES KERSEY PARKS                                    MATTER NUMBER -    1071S

## ATTORNEY TIME

| 1/05/05 | CS | .40 | Prepared discharge complaint. | 236.0C |
| 1/05/05 | CS | .30 | Prepared Section 363(h) complaint. | 177.0C |
| 1/07/05 | CS | 1.00 | Revised discharge complaint re Section 727. | 590.00 |
| 1/10/05 | PAS | .50 | Prepared for hearing on motion to retain counsel and motion to approve retention of real estate broker. | 145.0C |
| 1/11/05 | PAS | 1.00 | Attended hearing on motion to retain counsel and employ real estate broker in Parks case. | 290.0C |
| 1/17/05 | CS | .20 | Prepared turnover motion. | 118.0C |
| 1/19/05 | PAS | .50 | Office conference with C. Steege re Dolores Kersey Park's motion; reviewed pleadings re same. | 145.0C |
| 1/20/05 | PAS | 1.00 | Attended hearing on motion to compel turnover of property of the estate Dolores Kersey Park matter. | 290.0C |
| 2/15/05 | PAS | 1.20 | Attended hearing re initial status in complaint in Delores Kersey Parks matter. | 348.0C |
| 3/02/05 | CS | .40 | Prepared motion to sell real estate. | 236.0C |
| 3/08/05 | CS | .70 | Prepared default motion re Section 363(h) complaint. | 413.0C |
| 3/08/05 | FJE | .70 | Reviewed letter from agent, contract, attorney letter to prepare for sale closing. | 203.0C |
| 3/09/05 | FJE | .80 | Telephone conference with C. Steege re issues (.10); office conference with C. Steege re same (.20); drafted e-mail to J. Haiges re bankruptcy court order (.20); ordered title and exchanged e-mails with title company (.20); exchanged messages with broker (.10). | 232.0C |
| 3/11/05 | FJE | .50 | Reviewed general provisions to contract (.30); telephone conference with broker (.10); telephone conference with J. Haiges at Chicago Title (.10). | 145.0C |
| 3/14/05 | FJE | .30 | Exchanged e-mails with title company and C. Steege re form of bankruptcy court order (.30). | 87.0C |

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 4

| 4/15/05 | MXK | 1.50 | Met with N. Berger re assignment (.30); met with C. Steege re contact information for water certification (.50); called L. Marable re same (.70). | 180.00 |
|---|---|---|---|---|
| 4/15/05 | NHB | 1.00 | Met with M. Kopp re water certification application; calls with Land Trust re structure of transaction; calls with broker re water certificate responsibilities. | 200.00 |
| 4/18/05 | RAS | 4.00 | Telephone conference with A. Giannetti re documents required for transaction (.30); drafted Assignment, Direction to Convey, Trust Agreement, Trustee's Deed (1.50); telephone conference with G. Crane re same (.50); met with C. Steege re proposed structure of transfers (.70); revised documents and drafted e-mail to G. Crane re same (.80); drafted e-mail to P. Siddiqui re execution of documents (.20). | 1,640.00 |
| 4/18/05 | NHB | .50 | Met with R. Schoenmeyer re land trust issues (.30); fax to land trust re assignments and new trust (.20). | 100.00 |
| 4/19/05 | RAS | 1.00 | Drafted direction to convey; drafted e-mail to M. Kopp re obtaining payoff letter, ALTA statement, etc. | 410.00 |
| 4/19/05 | PAS | 1.80 | Attended hearing on motion to compromise with C. Parks re sale of properties (1.00); reviewed transaction documents and discussed same with G. Crane (0.50); conference with debtor's counsel re objection to discharge action (0.25). | 522.00 |
| 4/19/05 | MXK | 1.00 | Met with N. Berger re assignment (.10); internet research to locate Building Registration Certificate from City Hall (.20); called City Hall re same (.20); traveled to City Hall to obtain same (.50). | 120.00 |
| 4/19/05 | MXK | 1.30 | Met with N. Berger and R. Schoenmeyer re assignment (.30); started drafted Water Certification Application (.60); spoke with L. Marable at ReMax re contact information for C. Parks (.40). | 156.00 |
| 4/19/05 | NHB | .50 | Follow-up re water certification application (.20); review of building registration requirements (.10); met with M. Kopp re assignments to complete (.20). | 100.00 |
| 4/21/05 | RAS | .30 | Reviewed ALTA statement (.10); telephone conference with B. Gomberg re closing date (.10); telephone conference with N. Berger re same (.10). | 123.00 |

LAW OFFICES                                                Page 5

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 4/21/05 | MXK | 1.00 | Met with R. Schoenmeyer (.30); prepared documents to be sent to LaSalle for signature (.70). | 120.00 |
|---|---|---|---|---|
| 4/22/05 | RAS | .20 | Telephone conference with LaSalle re consent to assignment of beneficial interest and direction to convey. | 82.00 |
| 4/22/05 | MXK | 1.00 | Met with N. Berger re assignment (.20); spoke with Gail at Chicago Title to schedule closing (.80). | 120.00 |
| 4/25/05 | MXK | .20 | Exchanged e-mails with B. Gomberg re closing date. | 24.00 |
| 4/26/05 | RAS | 1.50 | Telephone conference with K. Enders re structure of transaction (.20); drafted letter to LaSalle re structure of transaction (.30); drafted fax to K. Enders re same (.20); telephone conference with E. Crane re additional documents to be executed by C. Parks (.30); revised Direction to Convey (.20); drafted e-mail to K. Enders re Direction to Convey (.30). | 615.00 |
| 4/26/05 | NHB | .50 | Reviewed and revised preliminary drafts of closing documents. | 100.00 |
| 4/27/05 | RAS | .50 | Telephone conference with C. Steege re closing (.20); telephone conference with C. Steege and K. Enders re necessary documents (.30). | 205.00 |
| 4/27/05 | MXK | 2.00 | Drafted Rent Roll to be attached to ALTA Statement (.70); spoke with A. Giannetti at First National Bank re fees owed to FNB (.70); spoke with R. Schoenmeyer re same (.60) | 240.00 |
| 4/28/05 | RAS | 1.50 | Revised direction to convey; drafted e-mail messages to K. Enders re same; telephone conference with G. Crane re additional documents to be executed. | 615.00 |
| 4/29/05 | MXK | .80 | Met with N. Berger re status of closing documents (.40); spoke with A. Giannetti re fees owed to First National Bank (.30); met with M. Rathunde re payment of fees to First National Bank (.10). | 96.00 |
| 5/02/05 | RAS | .50 | Telephone conference with G. Crane re execution of documents (.30); telephone conference with K. Enders (mortgagor's attorney) re same (.20). | 205.00 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 6

| 5/03/05 | RAS | 1.00 | Met with N. Berger re closing documents (.30); telephone conference with G. Crane re prorated May rent (.20); telephone conference with B. Gomberg re closing prorations (.30); drafted e-mail to N. Berger re various closing issues (.20). | 410.00 |

| 5/03/05 | MXK | 2.50 | Followed up with the State and County Services Department re the status of the water certification (1.20); called L. Marable at Remax to confirm Earnest Money held and total commission due (50); met with N. Berger and R. Schoenmeyer re documents to be drafted (1.00). | 300.00 |

| 5/03/05 | NHB | 4.00 | Met with R. Schoenmeyer re status of transaction (.30); began preliminary preparations of closing documents (1.00); reviewed files and and telephone conferences re needed information (.50); follow-up re open pre-closing items (.50); calls and faxes with Land Trust re retrieval of Deed and delivery of original documents required by Land Trust (1.00); preliminary drafting of letter to Land Trust re same (.50); follow-up re Chicago Water Certification. (.20) | 800.00 |

| 5/04/05 | RAS | .80 | Reviewed and revised assignment of leases (.50); telephone conferences with N. Berger re status of items for closing (.30). | 328.00 |

| 5/04/05 | NHB | 3.00 | Continued preparations for closing (.80); completed preliminary drafting of closing documents (.70); preliminary calculation of closing figures and drafting of closing statement (.30); review, revision and final drafting of documents for signature by C. Steege (.80); drafted State, County and City Transfer Tax Declarations (; follow-up calls and e-mails re closing items (.20); follow-up on Chicago Water Certification (.20). | 600.00 |

| 5/05/05 | RAS | 2.50 | Telephone conference with G. Crane re May rents (.30); telephone conference with B. Gomberg re same (.20); drafted letter re delivery of May rents (..30); attended closing (1.70). | 1,025.00 |

| 5/05/05 | MXK | 3.50 ② | Traveled to State and County Services office to pick up water certification (1.50); met with N. Berger re closing (.30); delivered documents to closing at Chicago Title (1.00); ordered checks for payment of water bill (.70). | 420.00 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 7

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | | Hours | | Description | Amount |
|---|---|---|---|---|---|
| 5/05/05 | NHB | 2.00 | | Final preparations for closing (.50); met with R. choenmeyer re status of files and closing deliveries (.30); follow-up and coordination of payment of Water Certification (.40); final review and organization of files for delivery to closing (.50); follow-up during closing on open items (.30). | 400.00 |
| 5/09/05 | NHB | .50 | | Began post-closing review and organization of files. | 100.00 |
| 5/10/05 | RAS | .30 | (i) | Telephone conference with N. Berger re original leases; left message for B. Gomberg re same. | 123.00 |
| 5/17/05 | RAS | .30 | (i) | Drafted fax to G. Crane re execution of assignment of beneficial interest and letter re May rents; telephone conference with G. Crane re same. | 123.00 |
| 6/06/05 | RAS | 1.00 | | Telephone conference with K. Enders (lender's counsel) re Assignment (.40); drafted letter to T. Hernandez re same (.40); drafted letter to B. Gomberg re side letter (.20). | 410.00 |
| | | 67.30 | | PROFESSIONAL SERVICES | 18,546.00 |

Federal Identification No. 36-2192554

**DISBURSEMENTS**

| | | |
|---|---|---|
| 1/19/05 | Photocopy | 8.10 |
| 1/20/05 | Photocopy | .45 |
| 1/23/05 | Special Messenger Service | 61.18 |
| 1/23/05 | Special Messenger Service | 10.25 |
| 1/23/05 | Special Messenger Service | 10.25 |
| (3) 2/15/05 | In-City Transportation | 5.00 |
| 3/08/05 | Photocopy | 28.62 |
| 3/08/05 | Postage | 16.60 |
| 3/10/05 | Postage | 4.98 |
| 3/14/05 | Photocopy | .09 |
| 3/17/05 | Photocopy | .18 |
| 3/29/05 | Photocopy | 9.18 |
| (3) 3/30/05 | In-City Transportation | 4.00 |
| 3/30/05 | Photocopy | .36 |
| (3) 4/05/05 | In-City Transportation | 4.00 |
| 4/05/05 | Photocopy | 37.35 |
| 4/05/05 | Pacer Charges | 8.16 |
| 4/07/05 | Photocopy | .90 |
| 4/07/05 | Postage | 19.92 |
| 4/10/05 | Photocopy | .45 |
| 4/17/05 | Photocopy | .45 |
| 4/17/05 | Photocopy | 9.00 |
| 4/18/05 | Photocopy | .36 |
| 4/22/05 | Photocopy Expense | 30.00 |
| 4/22/05 | Other Real Estate Expenses (Water bill payment and water certification) | 1,850.53 |
| 4/22/05 | Photocopy | 2.97 |
| 4/26/05 | Photocopy | .09 |
| 4/29/05 | Special Messenger Service | 17.25 |
| 4/29/05 | Special Messenger Service | 11.30 |
| 5/04/05 | Other Real Estate Expenses (SCCS charge to secure water certification) | 40.00 |
| (3) 5/05/05 | In-City Transportation | 5.00 |
| (3) 5/05/05 | In-City Transportation | 10.00 |
| 5/05/05 | Photocopy | 18.72 |
| 5/08/05 | Photocopy | .09 |
| 5/11/05 | Photocopy | .81 |
| 5/18/05 | Postage | 1.47 |
| 5/23/05 | Special Messenger Service (Round trip to G. Crane's office for signatures) | 11.80 |